UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597;<br>PIPE FITTERS' WELFARE FUND, LOCAL 597;<br>PIPE FITTERS' TRAINING FUND, LOCAL 597;<br>PIPE FITTERS' INDIVIDUAL ACCOUNT & 401(K) PLAN, LOCAL 597; CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; PIPE FITTING COUNCIL OF GREATER CHICAGO; and PIPE FITTERS' ASSOCIATION, LOCAL UNION 597 U.A.,<br><br>        Plaintiffs,<br><br>vs.<br><br>N.H.P. SERVICE COMPANY, a consolidated Illinois Corporation; and NATIONAL HEAT & POWER CORP. d/b/a GOODMAN PLUMBING & HEATING CO., an Illinois Corporation<br><br>        Defendants. | CASE NO.: 19-cv-2068<br><br>JUDGE:<br><br>MAG. JUDGE: |

## COMPLAINT

Now come Plaintiffs, the PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, complaining of the Defendants, N.H.P. SERVICE COMPANY ("NHP SERVICE") and NATIONAL HEAT & POWER CORP. d/b/a GOODMAN PLUMBING & HEATING CO. ("NHP CORP.") for breach of the Area Agreement and allege as follows:

### JURISDICTION AND VENUE

1.  This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") and Section 301 of the Labor-Management Relations Act. 29 U.S.C. §§ 185, 1132 and 1145. The Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

1

2. Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; PIPE FITTERS' WELFARE FUND, LOCAL 597; PIPE FITTERS' TRAINING FUND, LOCAL 597; and the PIPE FITTERS' INDIVIDUAL ACCOUNT & 401(K) PLAN (collectively "TRUST FUNDS") are administered at 45 North Ogden Avenue, Chicago, Illinois, and pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Northern District of Illinois, Eastern Division.

**PARTIES**

3. The TRUST FUNDS receive contributions from numerous employers pursuant to the collective bargaining agreements with the PIPE FITTERS' ASSOCIATION, LOCAL UNION 597, U.A., ("UNION"), and therefore are multi-employer plans under 29 U.S.C. § 1002.

4. The CHICAGO AREA MECHANICAL CONTRACTORS INDUSTRY IMPROVEMENT TRUST ("INDUSTRY FUND") is an industry improvement fund administered in Burr Ridge, Illinois.

5. The PIPE FITTING COUNCIL OF GREATER CHICAGO ("PFCGC") is a labor management cooperation committee that is administered in Chicago, Illinois.

6. The UNION was the bargaining representative of Defendant NHP SERVICE's bargaining unit employees.

7. The UNION is the bargaining representative of Defendant NHP CORP.'s bargaining unit employees.

8. The Defendant NHP SERVICE was a wholly owned subsidiary of NHP CORP., and was consolidated with NHP CORP. on January 1, 2016.

9. The Defendant NHP CORP. is an Illinois corporation with its principal place of business in Morton Grove, Illinois.

## COUNT I
## BREACH OF CONTRACT

10. Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-9 of this Complaint with the same force and effect as if fully set forth herein.

11. NHP SERVICE was an employer engaged in an industry affecting commerce and was signatory to a Subscription Agreement ("NHP Service Subscription Agreement") recognizing the UNION as the exclusive bargaining representative of its pipe fitter employees and binding itself to Area Agreements negotiated between the UNION and Mechanical Contractors Association of Chicago ("MCA") (hereinafter the "Area Agreement") for all times relevant to this action. (A copy of the NHP Service Subscription Agreement is attached as **Exhibit 1**); (A copy of the 2015 Area Agreement is attached as **Exhibit 2**).

12. Through the Area Agreements referred to in paragraph 11, NHP SERVICE became bound by certain provisions of the Agreements and Declarations of Trust that created the TRUST FUNDS (hereinafter referred to as the "Trust Agreements"). (A copy of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597's Trust Agreement is attached as **Exhibit 3**).

13. Pursuant to the provisions of the Area Agreements and the Trust Agreements, NHP SERVICE was required to make monthly reports of hours worked by its bargaining-unit employees and pay monthly contributions to the TRUST FUNDS, the INDUSTRY FUND, and the PFCGC for each hour worked pursuant to rates negotiated between the UNION and MCA. The monthly reports and contributions during all times relevant were due on or

before the fifteenth (15th) day of the calendar month following the calendar month during which the work was performed. (**Exhibits 2 and 3**).

14. NHP CORP. is an employer engaged in an industry affecting commerce and is signatory to a Subscription Agreement ("NHP Corp. Subscription Agreement") recognizing the UNION as the exclusive bargaining representative of its pipe fitter employees and binding itself to Area Agreements negotiated between the UNION and MCA for all times relevant to this action. (A copy of the NHP Corp. Subscription Agreement is attached as **Exhibit 4**); (*see* **Exhibit 2**).

15. Through the Area Agreements referred to in paragraph 14, NHP CORP. became bound by certain provisions of Trust Agreements. (**Exhibit 3**).

16. Pursuant to the provisions of the Area Agreements and the Trust Agreements, NHP CORP. is required to make monthly reports of hours worked by its bargaining-unit employees and pay monthly contributions to the TRUST FUNDS, the INDUSTRY FUND, and the PFCGC for each hour worked pursuant to rates negotiated between the UNION and the Mechanical Contractors Association of Chicago. The monthly reports and contributions during all times relevant were due on or before the fifteenth (15th) day of the calendar month following the calendar month during which the work was performed. (**Exhibits 2 and 3**).

17. Pursuant to Section 502(g)(2) of ERISA and Article IX, Paragraph 2 of the Trust Agreements, employers who fail to remit their monthly Contribution Reports and contributions to the TRUST FUNDS, the INDUSTRY FUND and the PFCGC on a timely basis are responsible for the payment of liquidated damages equal to 10% of the amount unpaid and interest at the rate of 1% per month for each month that contributions remain

unpaid, plus any reasonable attorney's fees and costs of maintaining suit. (**Exhibit 3**).

18. Pursuant to the Area Agreement, NHP SERVICE and NHP CORP. are required to deduct union dues from its employees' paychecks and remit payment of those dues to the UNION. (**Exhibit 2**).

19. A payroll compliance audit for the period of April 1, 2011, through December 31, 2015, revealed that NHP SERVICE owes the TRUST FUNDS, INDUSTRY FUND, PFCGC, and UNION the aggregate amount of $18,660.37 in contributions and union dues for the audit period on behalf of its bargaining-unit employees. (A redacted copy of the audit report is attached as **Exhibit 5**).

20. As a result of NHP SERVICE's failure to pay the contributions for the period of April 1, 2011, through December 31, 2015, Defendant NHP SERVICE owes the TRUST FUNDS, INDUSTRY FUND, and PFCGC, liquidated damages in the amount of $1,819.71, and interest in the amount of $1,734.12.

21. NHP CORP. failed to submit timely payment of contributions for the month of April 2016.

22. As a result of NHP CORP.'s failure to timely remit payment for contributions owed for April 2016, NHP CORP. owes the TRUST FUNDS, INDUSTRY FUND and PFCGC $6,698.12 in liquidated damages and interest.

23. Defendant NHP CORP. has a continuing obligation to remit contribution reports, contributions and union dues on a monthly basis to the Plaintiffs and to comply with the terms of the Area Agreement and the Trust Agreements.

24. NHP CORP. is responsible for the contributions, union dues, liquidated damages, and interest owed by NHP SERVICE as a result of NHP SERVICE's consolidation into NHP CORP. on January 1, 2016.

25. Plaintiffs have been required to employ the undersigned attorneys to collect the monies that are due and owing from NHP SERVICE and NHP CORP.

26. Plaintiffs have complied with all conditions precedent in bringing this suit.

27. NHP SERVICE and NHP CORP. are obligated to pay the reasonable attorney's fees and court costs incurred by the Plaintiffs pursuant to the Area Agreement, Trust Agreements and 29 U.S.C. § 1132(g)(2)(D).

**WHEREFORE**, Plaintiffs respectfully request:

A. That Judgment be entered in favor of Plaintiffs and against Defendants NHP SERVICE and NHP CORP., jointly and severally, in the aggregate amount of $18,660.37 for unpaid contributions and union dues revealed in the payroll compliance audit of NHP SERVICE;

B. That Judgment be entered in favor of Plaintiffs and against Defendants NHP SERVICE and NHP CORP., jointly and severally, for unpaid liquidated damages in the amount of $1,819.71, and unpaid interest in the amount of $1,734.12 stemming from the payroll compliance audit of NHP SERVICE;

C. That Judgment be entered in favor of Plaintiffs and against Defendant NHP CORP. for liquidated damages and interest resulting from its late payment of contributions for the month of April 2016 in the aggregate amount of $6,698.12;

D. That Judgment be entered in favor of Plaintiffs and against Defendants NHP SERVICE and NHP CORP. for any and all unpaid contributions, union dues, elective deferrals, liquidated damages and interest that are found to be due and owing in addition to the amounts referenced in paragraphs A, B, and C above;

E. That Defendants NHP SERVICE and NHP CORP., jointly and severally, be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Area Agreements, Trust Agreements, and 29 U.S.C. §1132(g)(2)(D); and

F. That Plaintiffs have such other and further relief as the Court may deem just and equitable, all at the Defendants NHP SERVICE and NHP CORP.'s cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

    Respectfully submitted,

    **PIPE FITTERS' RETIREMENT FUND, LOCAL 597,** *et al.*

    By: /s/ William M. Blumthal, Jr. – 6281041
         One of Plaintiffs' Attorneys

William M. Blumthal, Jr.
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 757-5472
blumthal@johnsonkrol.com